**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
_TeAvKaNq_ **DIVISION**

_JustiN Williams_
**(Enter above the full name of the plaintiff**
**in this action.)**

Prisoner ID No. _____✕_____

V.                                                    CASE NO. _14-4129_

_WeYevhaeusev wood CompaNY_ ET, Al

_DievKs ArKaNSaS_
**(Enter above the full name of the defendant,**
**or defendants, in this action.)**

I.      **Previous Lawsuits**

    A.      **Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?**

        Yes _____          No ___✓___

    B.      **If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

        1.      **Parties to this lawsuit**

            Plaintiffs: _JustiN Williams_

            Defendants: _WeYerhaeusev compaNY_
            _mitid south Wood product._

**(Revised 11/2010)**

-1-

2. Court (if federal court, name the district; if state, name the county):

_____

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: *NoNe* _____

_____

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _____       No _____

B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

C. If your answer is NO, explain why not: _____

_____

_____

IV.    **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of plaintiff: Justin Williams

Address: ~~3106~~ 3106 HwY 26 West
Nashville ArkaNsaS

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.    Defendant: AlaN parsoN

Position: SupervisouY

Place of Employment: WeYerhaeuser

Address: 120 maiNSt DierKS AvK 71833

Defendant: D. Orvillers,

Position: SupervisouY

Place of Employment: WeYerhaeuser

Address: 120 maiNSt DievKS Avk 71833

Defendant: Heather

Position: WeYerhaeuser AsS

Place of Employment: DierKS

Address: 120 MaiN street DierKS AvK
71833

Defendant: Stell

Position: SupervisoV

-3-

Place of Employment: _Dierks_

Address: _120 Main st Dierks Ark 71833_

Defendant: _Richard_

Position: _Supervisor_

Place of Employment: _Weyerhaeuser_

Address: _120 Main st Dierks Ark 71833_

V.   Are you suing the defendants in: (check the appropriate blank)

_____ official capacity only
_____ personal capacity only
__✓__ both official and personal capacity

VI.   At the time of the alleged incident(s), were you:
(check the appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges
_____ serving a sentence as a result of a judgment of conviction
_____ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _____

_____

Please provide the date of your conviction or probation or parole revocation:

_____

VII.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each
defendant is involved. Include also the names of other persons involved, dates
and places. Do not give any legal arguments or cite any cases or statutes. If you
intend to allege a number of related claims, number and set forth each claim in
a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

This Is A civil complant for The Wrongful Termination of MR Justin Williams BY The weyerhaeuser company In Dierks Arkansas. Doing the time That he Lost his Grandfather And was emotional upset Also he had work for 18 monts without Any Absenteeism. he say he was Denied Due process of Law

VIII. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A Trial BY Jury
500,000, compensation
500,000, mental Angust
500,000, puntive Damages
Any And All other Relief.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this _____ day of _____, 20_____.

_____

_____
**Signature of Plaintiff**

-5-

## Bell Johnson, Lilly

| | |
|---|---|
| **From:** | Parson, Alan |
| **Sent:** | Wednesday, June 04, 2014 8:46 AM |
| **To:** | Bell-Johnson, Lilly |
| **Cc:** | D'Orvilliers, Heather; Steel, Rusty; Murders, Richard |
| **Subject:** | Justin Williams JJ |

Justin had a 3 day suspension on may 14,15 and 16 for habitual absenteeism. He was late last Thursday 05/29/14 20 min had to go back home and get his boots. This morning he has not called or shown up for work. I am going to the next step which will be termination for absenteeism. I will make Eddie Williams aware of this today.

1

07976

## EMPLOYEE ACKNOWLEDGMENT

I acknowledge receiving a copy of the Labor Agreement By and Between Weyerhaeuser Company Mid-South Wood Products Dierks, Arkansas and Woodworkers District W-2 International Association of Machinists and Aerospace Workers and Its Local Lodge W15 in effect as of March 2, 2011 and expiring on March 1, 2015.

I understand that it is my responsibility to read the Labor Agreement and seek clarification relative to any of its content, if needed, from an appropriate resource – Union Shop Steward, Chief Steward, supervisor, etc.

Employee Name (printed or typed):
*Justin C Williams*

_____        03/05/2012
Employee Signature                               Date received

07976

08/26/96

# REPORT OF REPRIMAND

| | | | |
|---|---|---|---|
| | Justin Williams | | 04/16/2014 |

Name of Employee: _____   Date: _____

Department: Planer _____   Occupation: Planer Tech _____

Reason For Reprimand: Article XX i) Failure to notify the company when absent from work unless unavoidably prevented from doing so or failure to give reasonable reason for such absence. On 04/15/14 Justin did not show up for work or notify the company of absence

Action: Group One 1st violation instructions and Warning in writing.

Employee's Attitude and Statement: _____

_____

Witness or persons having knowlege of circumstances: _____

_____

Comments: _____

_____

Employee: _____   Supervisor: _____

Job Steward: _____   Superintendent: _____

Personnel: _____

xc: IAM W-15
    File

Faxed

MAY 7 FAX5

Dierks Human Resources

Repr mand

07976

08/26/96

# REPORT OF REPRIMAND

Name of Employee: Justin Williams                     Date: 05/05/2014

Department: Planer          Occupation: Planer Tech

Reason For Reprimand: Article XX i) Failure to notify the company when absent from work unless unavoidably prevented from doing so or failure to give reasonable reason for such absence. On 05/02/2014 Justin did not show up for work or notify the company of absence. Justin called the supervisor at 11:18am

Action: Group One 2nd violation. One day suspension without pay to be 05/06/2014. Justin was counseled on attendance, next missed day or tardy will result in discipline.

Employee's Attitude and Statement: _____

Witness or persons having knowlege of circumstances: _____

Comments: _____

Employee: _____    Supervisor: _____

Job Steward: _____    Superintendent: _____

Personnel: _____

xc  IAM W-15
    File

Faxed

MAY  7 FAXD

Reprimand

Dierks Human Resources

O797b

08/26/96

# REPORT OF REPRIMAND

|  | Justin Williams | 05/14/2014 |
|---|---|---|
| **Name of Employee:** | | **Date:** |
|  | Planer | Planer Tech |
| **Department:** | | **Occupation:** |

**Reason For Reprimand:** Article XX  h) habitual tardiness or habitual absenteeism.  Justin called the guardhouse on 05/12/14 and said he was sick.

**Action:** Group One 3rd violation 3 day suspension without pay, days will be 5/14, 5/15, 5/16 and can return to work on 5/19/2014. Was counseled again on attendance, and the next missed day, or tardy will result in discipline

**Employee's Attitude and Statement:**

**Witness or persons having knowlege of circumstances:**

**Comments:**

**Employee:** _[signature]_                    **Supervisor:** _[signature]_

**Job Steward:** _Steve Smith & [signature]_     **Superintendent:** _[signature]_

**Personnel:** _Lilly Bell [signature]_

xc:  IAM W-15
     File

Faxed

MAY 2 0 FAXD

Dierks Human Resources

Reprimand

07976

**EQUIFAX** WORKFORCE SOLUTIONS

## EMPLOYER'S ENTRY OF APPEARANCE

Date: July 21, 2014

To: : Appeals Tribunal

Fax:: 501-682-7734

Please accept this letter as an entry of appearance on behalf of the employer. Attached are documents the employer may wish to offer into evidence at the hearing. These documents have been sent to the claimant via _____ UPS delivery __X__ US mail _____ Priority Mail.

Number of documents, including cover sheet: 10

Date & Time of Hearing: July 29, 2014 at 9:30 Am

Docket/Appeal Number: 2014-AT-07976

Claimant Name and SSN: Justin Williams 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

Employer: Weyerhaeuser

The employer will not have a hearing representative.

Thank you for your consideration.

Respectfully Submitted,

*Lori Ceselski*

Lori Ceselski
Unemployment Insurance Consultant
Phone: 402-970-4831
Fax: 314-687-1775
Email: Lori.ceselski@equifax.com

INFORM ❯ ENRICH ❯ EMPOWER™

## Bell-Johnson, Lilly

**From:** Parson, Alan
**Sent:** Friday, June 06, 2014 5:40 AM
**To:** Bell-Johnson, Lilly; D'Orvilliers, Heather
**Cc:** Steel, Rusty; Murders, Richard
**Subject:** Justin Williams

Today is the 3rd day in a row that JJ did not call, or show up for work. I will terminate him in people soft after time processes for this week.

1

07976

Case 4:14-cv-04082-SOH Document 3 Filed 09/30/14 Page 13 of 13 PageID #: 13

Justin Williams
3106 HWY 26 West
Nashville Ark 71852

TO

United States District Court
Western District of Arkansas
Texarkana Division
500 North State Line Avue
Texarkana Arkansas
71854