IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN WILLIAMS                                                                                              PLAINTIFF

vs.                                              Civil No. 4:14-cv-04129

WEYERHAEUSER WOOD COMPANY, *et al*                                                    DEFENDANTS

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

On September 30, 2014, Plaintiff filed a *pro se* Complaint against Defendants. ECF No. 1. This Complaint alleged wrongful termination by his former employer, Defendant Weyerhaeuser Wood Compnay. *Id.* On September 30, 2014, an Order was entered directing Plaintiff to complete an *in forma pauperis* ("IFP") application or pay the $350.00 filing fee, plus $50.00 administrative fee by October 14, 2014. ECF No. 2. Plaintiff was informed that failure to do so would subject the Complaint to dismissal. *Id.* Plaintiff also failed to sign his Complaint. He was sent a copy of his Complaint and was ordered to return the signed Complaint by October 14, 2014. *Id.* Plaintiff has failed to respond and not has not completed the IFP application or paid the filing fee, and has not returned the signed Complaint.

Based upon Plaintiff's failure to comply with a court order, this Court recommends that Plaintiff's case be **DISMISSED**.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the**

1

district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

ENTERED this 24th day of October 2014.

s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE