IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN WILLIAMS                                                                                          PLAINTIFF

v.                                        Case No. 4:14-cv-04129

WEYERHAEUSER WOOD
COMPANY, et al.                                                                                         DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed October 24, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 3). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case should be and hereby is DISMISSED.

**IT IS SO ORDERED**, this 12th day of November, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge